[No. 1562–3.   Division Three.   March 31, 1977.]

THE STATE OF WASHINGTON, on the Relation of Tonya J.
Oeder, Respondent, v. FORREST DALE
CLAPHAN, Appellant.

Appeal from a judgment of the Superior Court for Benton County, No. 4026, Richard G. Patrick, J., entered May 8, 1975. Affirmed by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.

[No. 1760–3.   Division Three.   March 30, 1977.]

In the Matter of the Marriage of BARBARA LOUISE
DIDWAY, Appellant, and JOHNNY ALLAN
DIDWAY, Respondent.

Appeal from a judgment of the Superior Court for Kittitas County, No. 19006, W. R. Cole, J., entered October 27, 1975. Affirmed by unpublished per curiam opinion.

[No. 1768–3.   Division Three.   March 30, 1977.]

In the Matter of the Estate of
LOUISE F. TIMM.

HENRY MILO TIMM, Appellant, v. ELVA MAE
KANE, ET AL, Respondents.

Appeal from a judgment of the Superior Court for Grant County, No. 23405, B. J. McLean, J., entered November 24, 1975. Affirmed by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.